UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8          UNITED STATES  DISTRICT COURT

9            Northern District of California

10             San Francisco Division

11   CLAYTON COLLINS,                        No. C 13-01493 LB

12              Plaintiff,              **ORDER (1) DIRECTING THE
                                        UNITED STATES MARSHAL TO
13       v.                             SERVE LEO BAZILE AND ANTONIO
                                        ACOSTA AND (2) CONTINUING THE
14   CITY OF OAKLAND, et al.,           HEARING ON THE ENTITY
                                        DEFENDANTS' MOTIONS TO
15              Defendants.             DISMISS**

16   _____/

17       Plaintiff Clayton Collins, proceeding *pro se*, filed a complaint on April 3, 2013.  Complaint, ECF

18   No. 1.  He named 2 entities and 3 individuals as defendants, namely, the City of Oakland, the

19   County of Alameda, Leo Bazile, Antonio Acosta, and Officer Rick Cocanour of the Alameda

20   County Sheriff's Office.  *Id.*  Mr. Collins also filed an application to proceed *in forma pauperis*.  IFP

21   Application, ECF No. 3.  The court granted Mr. Collins's IFP Application on April 11, 2013 and

22   ordered the United States Marshal to serve the complaint and summonses upon the defendants.  IFP

23   Order, ECF No. 6.  For some reason, the Clerk of the Court did not issue the summonses for each of

24   the 5 defendants until June 4, 2013.  Issued Summonses, ECF No. 7.  The United States Marshal

25   acknowledged receiving the issued summons on June 13, 2013, Acknowledgment, ECF No. 8, and

26   went about attempting to serve the defendants.

27       The City of Oakland and the County of Alameda must have been successfully served in the end

28   of June or early July 2013 because on July 15, 2013 each of them filed motions to dismiss Mr.

C 13-01493 LB
ORDER

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1  Collins's complaint.  County of Alameda Motion, ECF No. 11; City of Oakland Motion, ECF No.

2  12.  Their motions currently are set for hearing on September 19, 2013.  Officer Cocanour was

3  served on July 16, 2013, and to date he has not appeared or responded to Mr. Collins's complaint in

4  any way.  Executed Summons (Cocanour), ECF No. 21.

5      The United States Marshal, however, was not able to serve Mr. Bazile or Mr. Acosta because

6  they no longer are employed by the City of Oakland, and Mr. Collins, in his complaint, did not

7  provide any other contact information for them.  Unexecuted Summonses (Bazile and Acosta), ECF

8  No. 17.  So, on August 15, 2013, Mr. Collins filed a letter that states that Ms. Bazile can be served at

9  2275 100th Avenue, Oakland, California 9603-2836 and Mr. Acosta can be served at City of Union

10  City, City Hall, 34009 Alvarado Niles Road, Union City, California 94587.  Letter, ECF No. 29.

11     With this new information, the court **ORDERS** the United States Marshal to serve, without

12  prepayment of fees, a copy of the complaint, any amendments or attachments, Mr. Collins's IFP

13  affidavit, and this order upon the following defendants at the following addresses:

14

15  Leo Bazile
    2275 100th Avenue
16  Oakland, California 9603-2836

17  Antonio Acosta
    City of Union City, City Hall
18  34009 Alvarado Niles Road
    Union City, California 94587
19

20  In light of this situation, the court **CONTINUES** the hearing on the City of Oakland's and the

21  County of Alameda's motions to dismiss to **October 17, 2013 at 9:30 a.m.** in Courtroom C, 15th

22  Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

23     **IT IS SO ORDERED.**

24  Dated: August 20, 2013

25  _____
    LAUREL BEELER
26  United States Magistrate Judge

27

28

C 13-01493 LB
ORDER                                    2