UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CLAYTON COLLINS,<br><br>            Plaintiff,<br>    v.<br><br>CITY OF OAKLAND; COUNTY OF ALAMEDA; ATTORNEY LEO BAZILE (DISBARRED); ANTONIO ACOSTA; OFFICER RICK COCANOUR (ALAMEDA COUNTY SHERIFF'S OFFICE),<br><br>            Defendants.<br>_____/ | No. C 13-01493 LB<br><br>**ORDER REGARDING THE REPRESENTATION OF THE INDIVIDUAL DEFENDANTS** |

Plaintiff Clayton Collins, proceeding *pro se*, filed a complaint on April 3, 2013. He named 2 entities and 3 individuals as defendants, namely, the City of Oakland, the County of Alameda, Leo Bazile, Antonio Acosta, and Officer Rick Cocanour of the Alameda County Sheriff's Office. So far, only the entity defendants have appeared in this action, and they have filed motions to dismiss Mr. Collins's complaint. Neither of the three individual defendants have appeared, despite being served with the complaint and summons.

The court issues this order to clarify the status of the individual defendants' legal representation (if any). In many cases, the city entity represents city employees, and the county entity represents county employees. *See*, *e.g.*, *Spalding v. City of Oakland*, No. C11-02867 TEH (N.D. Cal. June 13, 2011) (counsel for the City of Oakland also represented officers of the Oakland Police Department, and counsel for the County of Alameda also represented the sheriff of the Alameda County Sheriff's

Office); *Howard v. Dalisay*, No. C10-05655 LB (N.D. Cal. Dec. 13, 2010) (counsel for the City of San Pablo also represented officers of the San Pablo Police Department, and counsel for the County of Alameda also represented officers of the Alameda County Sheriff's Department).  Here, counsel for the County of Alameda has appeared on the County's behalf, but they have not appeared on behalf of Officer Rick Cocanour, whom Mr. Collins alleges is an officer of the Alameda County Sheriff's Office.  And the court is not sure if the County of Alameda or the City of Oakland employ or plan to represent Mr. Bazile or Mr. Acosta.  Thus, because the court needs the consent of all served defendants to finally decide the pending motions to dismiss, *see* 28 U.S.C. § 636(c), the court **ORDERS** counsel for the City of Oakland and the County of Alameda to tell the court whether they also represent, or intend to represent, any of the individual defendants to this action.  Counsel for the City of Oakland and the County of Alameda shall do so by filing short statements on the court's Electronic Case File **by 12:00 p.m. on Thursday, October 3, 2013**.

**IT IS SO ORDERED.**

Dated: October 1, 2013

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 13-01493 LB
ORDER            2