1
2
3
4
5
6
7
8                    UNITED STATES  DISTRICT COURT
9                      Northern District of California
10                         San Francisco Division

11   CLAYTON COLLINS,                           No. C 13-01493 LB

12                    Plaintiff,          **ORDER REGARDING THE**
                                          **REPRESENTATION OF THE**
13          v.                            **INDIVIDUAL DEFENDANTS**

14   CITY OF OAKLAND; COUNTY OF
     ALAMEDA; ATTORNEY LEO BAZILE
15   (DISBARRED); ANTONIO ACOSTA;
     OFFICER RICK COCANOUR (ALAMEDA
16   COUNTY SHERIFF'S OFFICE),

17                    Defendants.
     _____/

18       Plaintiff Clayton Collins, proceeding *pro se*, filed a complaint on April 3, 2013.   He named 2

19   entities and 3 individuals as defendants, namely, the City of Oakland, the County of Alameda, Leo

20   Bazile, Antonio Acosta, and Officer Rick Cocanour of the Alameda County Sheriff's Office.   So

21   far, only the entity defendants have appeared in this action, and they have filed motions to dismiss

22   Mr. Collins's complaint.  Neither of the three individual defendants have appeared, despite being

23   served with the complaint and summons.

24       The court issues this order to clarify the status of the individual defendants' legal representation

25   (if any).  In many cases, the city entity represents city employees, and the county entity represents

26   county employees.  *See, e.g.*, *Spalding v. City of Oakland*, No. C11-02867 TEH (N.D. Cal. June 13,

27   2011) (counsel for the City of Oakland also represented officers of the Oakland Police Department,

28   and counsel for the County of Alameda also represented the sheriff of the Alameda County Sheriff's

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
For the Northern District of California

1    Office); *Howard v. Dalisay*, No. C10-05655 LB (N.D. Cal. Dec. 13, 2010) (counsel for the City of

2    San Pablo also represented officers of the San Pablo Police Department, and counsel for the County

3    of Alameda also represented officers of the Alameda County Sheriff's Department).  Here, counsel

4    for the County of Alameda has appeared on the County's behalf, but they have not appeared on

5    behalf of Officer Rick Cocanour, whom Mr. Collins alleges is an officer of the Alameda County

6    Sheriff's Office.  And the court is not sure if the County of Alameda or the City of Oakland employ

7    or plan to represent Mr. Bazile or Mr. Acosta.  Thus, because the court needs the consent of all

8    served defendants to finally decide the pending motions to dismiss, *see* 28 U.S.C. § 636(c), the court

9    **ORDERS** counsel for the City of Oakland and the County of Alameda to tell the court whether they

10   also represent, or intend to represent, any of the individual defendants to this action.  Counsel for the

11   City of Oakland and the County of Alameda shall do so by filing short statements on the court's

12   Electronic Case File **by 12:00 p.m. on Thursday, October 3, 2013**.

13       **IT IS SO ORDERED.**

14   Dated: October 1, 2013

15                                                    _____
                                                     LAUREL BEELER
16                                                   United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

C 13-01493 LB
ORDER                                                     2